IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL LEE COWAN
ADC #81896                                                                                           PLAINTIFF

V.                                         CASE NO. 4:15CV00592 KGB/BD

ROBERT PAGE, et al.                                                                          DEFENDANTS

## ORDER

On September 22, 2015, Michael Lee Cowan, an inmate in the Bowie County Correctional Center, filed a complaint (docket entry #2) under 42 U.S.C. § 1983. Mr. Cowan alleges that while being housed in the Bowie County Correctional Center he was denied meaningful access to the courts.

The Bowie County Correctional Center is located in Texarkana, Texas. The interests of justice would best be served by transferring this case to the United States District Court for the Eastern District of Texas, under 28 U.S.C. § 1404(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Eastern District of Texas, Texarkana Division, United States Courthouse and Post Office, 500 North State Line Avenue, Texarkana, Texas 75501.

IT IS SO ORDERED, this 29th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE