**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL LEE COWAN**                                                 **PLAINTIFF**
**ADC #81896**

**v.**                **Case No. 4:15-cv-00592-KGB-BD**

**ROBERT PAGE, Warden, Bowie County**
**Correctional Center; WENDY KELLY, Director,**
**Arkansas Department of Correction**                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition and a Recommended Disposition submitted by Magistrate Judge Beth Deere (Dkt. Nos. 40, 41). No objections have been filed to either the Partial Recommended Disposition or the Recommended Disposition, and the time to file objections has passed. After careful review of the Partial Recommended Disposition and the Recommended Disposition, and a review of the record, the Court concludes that the Partial Recommended Disposition and the Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Plaintiff Michael Lee Cowan's claims against defendant Wendy Kelley are dismissed with prejudice. The Court denies as moot all other pending motions.

So ordered this 12th day of September, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge