**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL LEE COWAN**                                                              **PLAINTIFF**
**ADC #81896**

**v.**                              **Case No. 4:15-cv-00592-KGB-BD**

**ROBERT PAGE, Warden, Bowie County
Correctional Center; WENDY KELLY, Director,
Arkansas Department of Correction**                                          **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby dismissed with prejudice.

So adjudged this 12th day of September, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge